PEOPLE ex rel. McVEY v. O'LOUGHLIN, Register. (Supreme Court, Appellate Division, Second Department. January 24, 1913.) Proceeding by the People of the State of New York, on the relation of George H. McVey, against Edward T. O'Loughlin, Register of Kings County. No opinion. Final order affirmed, with costs.